No. 245. E. B. HOWARD, AS AUDITOR OF THE STATE OF OKLAHOMA, ET AL., APPELLANTS, *v.* GIPSY OIL COMPANY;

No. 246. E. B. HOWARD, AS AUDITOR OF THE STATE OF OKLAHOMA, ET AL., APPELLANTS, *v.* INDIAN TERRITORY ILLUMINATING OIL COMPANY;

No. 247. E. B. HOWARD, AS AUDITOR OF THE STATE OF OKLAHOMA, ET AL., APPELLANTS, *v.* OKLAHOMA OIL COMPANY; and

No. 248. E. B. HOWARD, AS AUDITOR OF THE STATE OF OKLAHOMA, ET AL., APPELLANTS, *v.* BARNSDALL OIL COM-

PANY. Appeals from the District Court of the United States for the Western District of Oklahoma. Argued March 26, 1918. Decided May 6, 1918. *Per Curiam.* Judgments affirmed with costs upon the authority of *Choctaw & Gulf R. R. Co.* v. *Harrison*, 235 U. S. 292; *Indian Territory Illuminating Oil Co.* v. *Oklahoma*, 240 U. S. 522. *Mr. R. E. Wood* and *Mr. S. P. Freeling*, for appellants, submitted. *Mr. James B. Diggs, Mr. Frederick de C. Faust, Mr. Charles F. Wilson, Mr. F. C. Proctor* and *Mr. D. E. Green* for appellee in No. 245. *Mr. John H. Burford, Mr. John H. Brennan, Mr. I. B. A. Robertson, Mr. Frank B. Burford* and *Mr. Burdette Blue* for appellees in Nos. 246 and 248. No appearance for appellee in No. 247.